O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE EDWARD SALONE, JR., | CASE NO. CV 09-08460 AG (RZ) |
| Petitioner, | JUDGMENT |
| vs. | |
| BUREAU OF PRISONS, | |
| Respondent. | |

This matter came before the Court on the Petition of LAWRENCE EDWARD SALONE, JR. for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: May 18, 2010

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE